**Billy G. ASEMANI, Plaintiff— Appellant,**

v.

**State of MARYLAND; Gary D. Maynard, Secretary; J. Michael Stouffer, Commissioner; Kathleen S. Green, Warden, Defendants—Appellees,**

**Stephanie Judith Lane Weber, Party– in–Interest—Appellee.**

No. 08–8576.

United States Court of Appeals, Fourth Circuit.

Submitted: May 21, 2009.

Decided: May 27, 2009.

Billy G. Asemani, Appellant Pro Se. Stephanie Judith Lane Weber, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before MOTZ, TRAXLER, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy G. Asemani appeals the district court's order in this 42 U.S.C. § 1983 (2000) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Asemani v. Maryland,* No. 1:08–cv–02618–RDB (D.Md. Dec. 4, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*